1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile:  (415) 576-9929
4
   Attorney for Plaintiffs
5  Jimmy HO,
   and Zhaowei WEN
6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9  Jimmy HO,                          **CV 08    0334**
   and Zhaowei WEN
10                                     )  Case No.:
                                       )
11              Plaintiffs             )  **COMPLAINT FOR WRIT IN THE**
                                       )  **NATURE OF MANDAMUS**
12  vs.                                )
                                       )
13  MICHAEL CHERTOFF, Secretary of the )
    Department of Homeland Security;   )
14  ROBERT S. MUELLER, Director of Federal )
    Bureau of Investigation            )
15                                     )
                Defendants.            )  "Immigration Case"
16  _____   )

17      Plaintiffs Jimmy HO and Zhaowei WEN by and through their undersigned attorney, sue

18  Defendants and states as follows:

19  1.      This action is brought against the Defendants to compel action on the Petition for

20  Alien Relative, or Form I-130, filed by Plaintiff Jimmy HO, U.S. citizen, on behalf of his alien wife,

21  Plaintiff Zhaowei WEN, and on the application to Adjust to Permanent Resident Status, or Form I-

22  485, by Plaintiff Zhaowei WEN, based on Plaintiff Zhaowei WEN's marriage to Plaintiff Jimmy HO,

23  properly filed by the Plaintiffs. The I-130 petition and I-485 application remain within the jurisdiction

24  of the Defendants, who have improperly withheld action on said applications to Plaintiffs' detriments.

25                              **PARTIES**

26  2.      Plaintiff Jimmy HO is a citizen of the United States.  He filed a Form I-130, Petition for

27  Alien Relative, on October 5, 2005 on behalf of Plaintiff Zhaowei WEN, his alien wife (**Exhibit**

28  **1: I-130 Receipt Notice**).  Plaintiff Zhaowei WEN is a native and citizen of the People's Republic

---

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT                F:\LING\Mandamus\485 Family Based\HO Jimmy & WEN Zhaowei\Complaint.wpd

1   of China. Her Form I-485, Application to Register Permanent Resident or Adjust Status was also

2   received by the U.S.C.I.S. on October 5, 2005 (**Exhibit 2: I-485 Receipt Notice**) and is seeking to

3   become lawful permanent resident of the United States as beneficiary of the Form I-130 petition

4   filed by Plaintiff Jimmy HO.

5   3.      Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

6   (DHS), and this action is brought against him in his official capacity.  He is generally charged

7   with enforcement of the Immigration and Nationality Act, and is further authorized to delegate

8   such powers and authority to subordinate employees of the DHS  8 U.S.C. 1103(a); 8 C.F.R.  2.1.

9   4.      Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI),

10  the law enforcement agency that conducts security clearances for other U.S. government agencies,

11  such as the Department of State.  As will be shown, Defendant has failed to complete the security

12  clearances on Plaintiff's case.

13                                      **JURISDICTION**

14  5.      Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*,

15  and 28 USC §2201 *et seq.*  Relief is requested pursuant to said statutes.

16                                         **VENUE**

17  6.      Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action

18  against officers and agencies of the United States in their official capacities, brought in the

19  District where the Plaintiffs reside if no real property is involved in the action.

20                              **EXHAUSTION OF REMEDIES**

21  7.      Plaintiffs have exhausted their administrative remedies.

22                                   **CAUSE OF ACTION**

23  8.      Plaintiff Jimmy HO is a citizen of the United States.  He filed a Form I-130, Petition for

24  alien Relative, on behalf of Plaintiff Zhaowei WEN, his alien wife (**Exhibit 1: I-130 Receipt**

25  **Notice**).  Plaintiff Zhaowei WEN is a native and citizen of the People's Republic of China. Her

26  Form I-485, Application to Register Permanent Resident or Adjust Status, was received by the

27  U.S.C.I.S. on October 5, 2005 (**Exhibit 2: I-485 Receipt Notice**), and Plaintiffs Jimmy HO and

28  Zhaowei WEN also had their interview on February 13, 2006 at the San Francisco District Office.

9.    According to the Service Center processing dates, the USCIS San Francisco Office is currently processing I-485 adjustment application filed on June 18, 2007 (**Exhibit 3: Copy of San Francisco CA Processing Dates Posted December 14, 2007**).  Plaintiff Jimmy HO's I-130 petition and Plaintiff Zhaowei WEN's I-485 application have now remained pending for more than 27 months from the date of the filing.

10.    Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law.  Defendants unreasonably have delayed in and have refused to adjudicate Plaintiff's I-485 application for more than 27 months from the date of filing, thereby depriving them of the rights to the decision on their applications and the peace of mind to which Plaintiffs are entitled.

11.    Plaintiffs have been damaged by the failure of Defendants to act in accord with their duties under the law.

(a)    Plaintiff Jimmy HO has been damaged by simply being deprived of the adjudication of his Form I-130, Petition for Alien Relative, for more than 27 months.

(b)    Plaintiff Zhaowei WEN  has been damaged by simply being deprived of the adjudication of her Application to Adjust to Permanent Resident Status for more than 27 months. Plaintiff has also been unable to plan any foreign travel or pursue a future course of action in the United States due to the pendency of her I-485 application.

(c)    Plaintiff Zhaowei WEN has been damaged in that her employment authorization is tied to her status as applicant for permanent residency, and is limited to increments not to exceed one year. 8 CFR §274a.12(c)(9). Therefore, Plaintiff has been forced to repeatedly apply and pay for extensions of employment authorization–three times so far–to the continued inconvenience and harassment of Plaintiff to continually insure her work eligibility.

(d)    Plaintiff Zhaowei WEN has been further damaged in that her naturalization application, for which she is eligible to apply three years upon receiving her Permanent Resident status, has now been delayed due to the pendency of her I-485

1   application.

2   12.    The Defendants, in violation of the Administrative Procedures Act and Mandamus Act, 5

3   USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff Jimmy

4   HO's I-130 petition and Plaintiff Zhaowei WEN's I-485 application and have failed to carry out

5   the adjudicative functions delegated to them by law with regard to Plaintiffs' cases.

6                                        **PRAYER**

7   13.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiffs

8   respectfully pray that the Defendants be cited to appear herein and that, upon due consideration,

9   the Court enter an order:

10          (a)   requiring Defendants to expeditiously complete Plaintiff Zhaowei WEN's FBI

11  Security Check for her I-485 application, if security check is the only reason for the delay;

12          (b)   requiring Defendants to expeditiously process Plaintiff's I-485 Application to

13  conclusion;

14          (c)   awarding Plaintiffs reasonable attorney's fees under the Equal Access to Justice Act;
    and

15          (d)   granting such other relief at law and in equity as justice may require.

16

17  Dated:    January 15, 2008                        Respectfully submitted,

18

19

20

21                                                   Justin X. WANG, Esq.
                                                     Attorney for Plaintiff

22

23

24

25

26

27

28

---

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATION OF INTERESTED ENTITIES OR PERSON**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.


Dated:        January 15, 2008                    Respectfully submitted,

                                                   _____
                                                   Justin X. WANG, Esq.
                                                   Attorney for Plaintiff

---

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT                    F:\LING\Mandamus\485 Family Based\HO Jimmy & WEN Zhaowei\Complaint.wpd

## LIST OF ATTACHMENTS

*Exhibit*          *Description*

1              I-130 Receipt Notice

2              I-485 Receipt Notice

3              Copy of San Francisco CA Processing Dates Posted December 14,
               2007

---

**Case No.:**
PLAINTIFFS' ORIGINAL COMPLAINT                    F:\LING\Mandamus\485 Family Based\HO Jimmy & WEN Zhaowei\Complaint.wpd

Ex.1

Department of Homeland Security
U.S. Citizenship and Immigration Service

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-06-007-21836 | | Case Type:<br>I-130 - Petition for Alien Relative | |
|---|---|---|---|
| Received Date:<br>October 05, 2005 | Priority Date: | Petitioner: | A042023266<br>HO, JIMMY |
| Notice Date:<br>October 12, 2005 | Page    1 OF 1 | Beneficiary: | A095448159<br>WEN, ZHAOWEI |

| JIMMY HO<br>1229 AMBER CT<br>SAN LEANDRO CA 94577 | Notice Type:    Receipt Notice<br><br>Amount Received:    $185.00 |
|---|---|

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect.** Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5132845          0002756245                    Form I-797C (Rev. 11/28/03) N

Ex.2

## THE UNITED STATES OF AMERICA

| Receipt Number:  MSC-06-007-21834 | Case Type:  I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|

| Received Date:  October 05, 2005 | Priority Date: | Applicant:   A095448159  WEN, ZHAOWEI |
|---|---|---|

| Notice Date:  October 12, 2005 | Page   1 OF 1 | ASC Code:   3 |
|---|---|---|

ZHAOWEI WEN
1229 AMBER CT
SAN LEANDRO  CA  94577

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $385.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT.  You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment.  Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at   www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



5132845     0002756245                           Form I-797C (Rev. 11/08/02) N

Ex. 3



Home   Contact Us   Site Map   FAQ

Search   
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

Print This Page        Back

## U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
## Posted December 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **San Francisco CA** Posted December 14, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | September 16, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | June 18, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | September 16, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | September 16, 2007 |
| I-765 | Application for Employment Authorization | September 29, 2007 |
| N-400 | Application for Naturalization | May 19, 2007 |
| N-600 | Application for Certification of Citizenship | August 12, 2007 |

Print This Page          Back

**01-15-2008 07:25 PM EST**

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security