JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiffs
Jimmy HO;
Zhaowei WEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jimmy HO;<br>Zhaowei WEN | ) | Case No.: **C08-0334 CRB** |
| | ) | |
| Plaintiffs | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL** |
| vs. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| ROBERT S. MUELLER, Director of Federal | ) | |
| Bureau of Investigation | ) | |
| | ) | |
| Defendants. | ) | "Immigration Case" |

         NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiffs voluntarily

dismiss the above-captioned action without prejudice.

Dated:     March 27, 2008                              Respectfully submitted,

                                                        /S/
                                                        Justin X. WANG, Esq.
                                                        Attorney for Plaintiffs